UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
:
MANNY PASTREICH and TRUSTEES OF THE :
BUILDING SERVICE 32BJ HEALTH FUND AND :
BUILDING SERVICE 32BJ SUPPLEMENTAL :
RETIREMENT AND SAVINGS PLAN, :
:
                     Plaintiffs, :
:
           -v- : 25 Civ. 933 (JPC)
:
SECTEK, INC., : ORDER
:
                     Defendant. :
:
-------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On February 5, 2025, Plaintiffs served Defendant with copies of the Summons and Complaint. Dkt. 5. Defendant's deadline to respond to the Complaint was therefore February 26, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). On February 18, 2025, Plaintiffs advised the Court that, based on conversations with Defendant's counsel, "it appear[ed] highly likely that this matter will settle in the coming days or weeks." Dkt. 6. Accordingly, on February 19, 2025, the Court extended Defendant's deadline to respond to the Complaint to March 28, 2025. Dkt. 7. That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until April 4, 2025. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiffs shall seek a Certificate of Default by April 11, 2025. Plaintiffs are directed to mail a copy of this Order by First Class Mail to the address at which Defendant was served with the Summons and Complaint.

    SO ORDERED.

Dated: March 31, 2025
       New York, New York                                _____
                                                              JOHN P. CRONAN
                                                              United States District Judge